IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BRENDA SVOBODA, et al.,** | ) |
| | )     **8:07CV472** |
| **Plaintiffs,** | ) |
| | ) |
| vs. | )     **ORDER** |
| | ) |
| **UNION SECURITY INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

This matter is before the court *sua sponte.* On December 14, 2007, the court notified the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 6. No such report has been filed. However, the court notes that a motion to remand (Filing No. 10) has been filed in this case. Therefore,

    **IT IS ORDERED:**

The parties shall have **twenty (20) days** from the date an order is filed on the currently pending motion to remand (Filing No. 10), in which to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f), if necessary.

DATED this 29th day of January, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge