## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRENDA SVOBODA and** <br> **THOMAS SVOBODA,** | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | 8:07CV472 |
| vs. | ) <br> ) | ORDER |
| **UNION SECURITY INSURANCE CO.,** | ) <br> ) | |
| Defendant. | ) | |

Upon resolution of the issues related to the plaintiffs' motion to remand, the matter is now ready for discovery and case progression. The parties shall have to **on or before June 17, 2008**, to file a planning report as required by Federal Rule of Civil Procedure 26(f).

**IT IS SO ORDERED.**

DATED this 22nd day of May, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge