# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRENDA SVOBODA, et al.,** | ) | |
| | ) | **8:07CV472** |
| **PlaintiffS,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **UNION SECURITY INSURANCE CO.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court *sua sponte.* On May 22, 2008, the court order the parties to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 29. On June 17, 2008, the court granted the parties an extension to July 1, 2008, to meet and confer and to file a written report of their meeting. No such report has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before July 18, 2008, or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 8th day of July, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge