# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BRENDA SVOBODA, et al.,**     )<br>                                                          )<br>            **Plaintiffs,**            )<br>                                                          )<br>    v.                                               )<br>                                                          )<br>**UNION SECURITY INSURANCE COMPANY,** )<br>                                                          )<br>            **Defendant.**           ) | 8:07CV472<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on September 16, 2009, by counsel for the plaintiffs,

**IT IS ORDERED that:**

1.      **On or before October 6, 2009**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.      Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3.      The pretrial conference and trial previously scheduled are cancelled upon the representation that this case is settled.

DATED this 16th day of September, 2009.

                                                                        BY THE COURT:

                                                                         s/Thomas D. Thalken
                                                                        United States Magistrate Judge