IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENDA SVOBODA and THOMAS SVOBODA,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNION SECURITY INSURANCE COMPANY,<br><br>　　　　　　Defendant. | 8:07CV472<br><br>MEMORANDUM AND ORDER |

　　　This matter is before the Court on the motion to dismiss by plaintiffs , Filing No. 76, and the stipulation for dismissal with prejudice, Filing No. 75, signed by all the parties. The Court finds the motion should be granted.

　　　THEREFORE, IT IS ORDERED THAT plaintiffs' motion to dismiss with prejudice, Filing No. 76, is granted, with each party to pay their own costs.

　　　DATED this 22nd day of October, 2009.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Chief United States District Judge